UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD VACCARIELLO on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>XM SATELLITE RADIO INC.,<br><br>Defendant. | 08 Civ 5336 (CS)(GAY)<br><br>**CLASS ACTION**<br><br>Oral Argument Requested |

## NOTICE OF PLAINTIFF'S MOTION FOR
## CLASS CERTIFICATION

PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Plaintiff's Motion for Class Certification, the Declaration of Natalie M. Mackiel in Support of Plaintiff's Motion for Class Certification, dated August 18, 2010, the exhibits attached thereto (to be filed upon completion of the briefing of the entire motion, pursuant to Individual Practice Rule II.B. of Magistrate Judge Yanthis), and all prior proceedings in this action, the undersigned counsel for Plaintiff Richard Vaccariello ("Plaintiff," "Vaccariello") will move this Court for an Order certifying this action as a class action on behalf of: All residents of the State of New York who subscribed to XM Satellite radio service and have had their service plan automatically renewed at any time since June 11, 2005 (the "Class").  Pursuant to the Joint Scheduling Order agreed upon by the parties, and ordered by this Court on June 25, 2010, Defendant shall serve its opposition papers no later than 37 days after the service of Plaintiff's motion, and Plaintiff shall file any reply papers no later than 30 days thereafter.

Doc. 168544

Dated: August 18, 2010
      New York, New York

                Respectfully Submitted,

                WOLF POPPER LLP

*/s/ Michele Raphael*

Lester L. Levy
Michele F. Raphael
Natalie M. Mackiel
Wolf Popper LLP
845 Third Ave, 12th Floor
New York, New York 10022
T: 212.759.4600
F: 212.486.2093
Email: llevy@wolfpopper.com

*Attorneys for Plaintiff and the Proposed Class*